| | |
|---|---|
| 1  Vanessa R. Waldref | |
| 2  United States Attorney | **FILED IN THE U.S. DISTRICT COURT** |
|    Eastern District of Washington | **EASTERN DISTRICT OF WASHINGTON** |
| 3  Bree R. Black Horse | |
| 4  Assistant United States Attorney | AUG 1 3 2024 |
|    402 E. Yakima Ave., Suite 210 | |
| 5  Yakima, WA 98901 | SEAN F. MCAVOY, CLERK |
| 6  Telephone: (509) 454-4425 | _____, DEPUTY |
| | YAKIMA, WASHINGTON |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:24-CR-2055-MKD |
| Plaintiff, | INDICTMENT |
| v. | 18 U.S.C. §§ 113(a)(1), 1153(a) |
| | Assault with Intent to Commit Murder |
| LELAND JAMES VIJARRO, | (Count 1) |
| Defendant. | 18 U.S.C. § 111(a)(1), (b) |
| | Assault on Federal Officer with a Deadly Weapon |
| | (Count 2) |
| | 18 U.S.C. §§ 113(a)(3), 1153(a) |
| | Assault with a Dangerous Weapon in Indian Country |
| | (Count 3) |
| | 18 U.S.C. § 924(c)(1)(A)(iii) |
| | Using, Carrying, Brandishing and Discharging a Firearm During and in Relation to a Crime of Violence |
| | (Counts 4-6) |
| | 18 U.S.C. § 922(j) |
| | Possession of Stolen Firearm |
| | (Count 7) |

INDICTMENT – 1

18 U.S.C. § 922(g)(1)
Felon in Possession of a Firearm
(Count 8)

18 U.S.C. § 924(d), 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

On or about February 10, 2024, in the Eastern District of Washington, within the exterior boundaries of the Yakama Indian Reservation, in Indian country, the Defendant, LELAND JAMES VIJARRO, an Indian, did knowingly assault Z.W., J.M.P., J.R., L.S., W.G., A.K., J.N., and M.D., with intent to commit murder by shooting at them with a pistol, all in violation of 18 U.S.C. §§ 113(a)(1) and 1153.

## COUNT 2

On or about February 10, 2024, in the Eastern District of Washington, the Defendant, LELAND JAMES VIJARRO, intentionally and forcibly assaulted W.G., who was a federal officer or employee engaged in his official duties, with a deadly or dangerous weapon, specifically a pistol, all in violation of 18 U.S.C. § 111(a)(1), (b).

## COUNT 3

On or about February 10, 2024, in the Eastern District of Washington, within the exterior boundaries of the Yakama Indian Reservation, in Indian country, the

INDICTMENT – 2

Defendant, LELAND JAMES VIJARRO, an Indian, did knowingly assault Z.W., J.M.P., W.G., A.K., J.N., and M.D., with a dangerous weapon, specifically a pistol, with intent to do bodily harm, all in violation of 18 U.S.C. §§ 113(a)(3) and 1153.

COUNT 4

On or about February 10, 2024, in the Eastern District of Washington, the Defendant, LELAND JAMES VIJARRO, did knowingly use, brandish, carry, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault with Intent to Commit Murder, as alleged in Count 1 of this Indictment, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT 5

On or about February 10, 2024, in the Eastern District of Washington, the Defendant, LELAND JAMES VIJARRO, did knowingly use, brandish, carry, and discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault on Federal Officer with a Deadly Weapon, as alleged in Count 2 of this Indictment, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

COUNT 6

On or about February 10, 2024, in the Eastern District of Washington, the Defendant, LELAND JAMES VIJARRO, did knowingly use, brandish, carry, and

INDICTMENT – 3

discharge a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault with a Dangerous Weapon in Indian Country, as alleged in Count 3 of this Indictment, all in violation of 18 U.S.C. § 924(c)(1)(A)(iii).

## COUNT 7

On or about February 10, 2024, in the Eastern District of Washington, the Defendant, LELAND JAMES VIJARRO, did knowingly possess a stolen firearm, to wit: a Springfield Armory model 1911, .45 caliber pistol bearing serial number NM574777, which firearm had theretofore been transported in interstate and foreign commerce, knowing and having reasonable cause to believe the firearm was stolen, all in violation of 18 U.S.C. §§ 922(j), 924(a)(2).

## COUNT 8

On or about February 10, 2024, in the Eastern District of Washington, the Defendant, LELAND JAMES VIJARRO, knowing of his status as a person previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Springfield Armory model 1911, .45 caliber pistol bearing serial number NM574777, which firearm had theretofore been shipped and transported in interstate and foreign commerce, all in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

INDICTMENT – 4

NOTICE OF CRIMINAL FOREFITURE ALLEGATIONS

The allegations set forth in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense(s) in violation of 18 U.S.C. § 924(c)(1)(a)(ii) and/or 18 U.S.C. § 922(j) and/or 18 U.S.C. § 922(g)(1), as set forth in this Indictment, the Defendant, LELAND JAMES VIJARRO, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- a Springfield Armory model 1911, .45 caliber pistol bearing serial number NM574777

DATED this 13 day of August 2024.

A TRUE BILL



F

/s/ Vanessa Waldref
Vanessa R. Waldref
United States Attorney

/s/ Bree R. Black Horse
Bree R. Black Horse
Assistant United States Attorney

INDICTMENT – 5