Richard R. Barker
Acting United States Attorney
Eastern District of Washington
Bree R. Black Horse
Assistant United States Attorney
402 East Yakima Ave, Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 1 2 2025

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:24-CR-2055-MKD |
| Plaintiff, | PLEA AGREEMENT ADDENDUM RE: FORFEITURE |
| vs. | |
| LELAND JAMES VIJARRO, | |
| Defendant. | |

Plaintiff, United States of America, by and through Vanessa R. Waldref, United States Attorney for the Eastern District of Washington, Bree H. Black Horse, Assistant United States Attorney for the Eastern District of Washington, and Defendant LELAND JAMES VIJARRO (hereinafter "Defendant" and/or "LELAND JAMES VIJARRO" and Defendant's counsel, Federal Defender Nick Mirr, agree to the following Addendum to the Plea Agreement:

The Defendant, LELAND JAMES VIJARRO, agrees to the following, with respect to criminal judicial forfeiture:

PLEA AGREEMENT ADDENDUM RE FORFEITURE – 1

Defendant agrees to voluntarily forfeit and relinquish all right, title and interest he has in the following listed assets to the United States:

- a Springfield Armory model 1911, .45 caliber pistol bearing serial number NM574777

Defendant acknowledges that the firearm listed above is subject to forfeiture to the United States pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), as property involved in or facilitating the Using, Carrying, Brandishing and Discharging a Firearm During and In Relation To A Crime of Violence (Count 5), in violation of 18 U.S.C. § 924(c)(1)(A)(iii), to which Defendant is pleading guilty.

Defendant agrees to take all steps as requested by the United States to pass clear title to the assets to the United States and to testify truthfully in any forfeiture proceeding. Defendant agrees to hold all law enforcement agents and the United States, its agents, and its employees harmless from any claims whatsoever arising in connection with the seizure, abandonment, or forfeiture of any asset covered by this agreement.

Defendant further agrees to waive all constitutional and statutory challenges in any manner (including direct appeal, habeas corpus, or any other means) to any forfeiture carried out in accordance with this Plea Agreement on any grounds, including that the forfeiture constitutes an excessive fine or punishment. Defendant knowingly and voluntarily waives his right to a jury trial on the forfeiture of the

PLEA AGREEMENT ADDENDUM RE FORFEITURE – 2

assets. Defendant waives oral pronouncement of forfeiture at the time of sentencing, and any defects that may pertain to the forfeiture.

Defendant waives further notice of any federal, state or local proceedings involving the forfeiture of the seized assets the Defendant is agreeing to forfeit in this Plea Agreement.

<u>Approvals and Signatures</u>

Agreed and submitted on behalf of the United States Attorney's Office for the Eastern District of Washington.

Richard R. Barker
Acting
United States Attorney

*/s/ Bree Black Horse*  05·12·2025
Bree H. Black Horse  Date
Assistant U.S. Attorney

I have read this Plea Agreement Addendum and have carefully reviewed and discussed every part of the agreements with my attorney. I understand and voluntarily enter into the Plea Agreement Addendum. Furthermore, I have consulted with my attorney about my rights, I understand those rights, and I am satisfied with the representation of my attorney in this case. No other promise or inducements have been made to me, other than those contained in this Plea Agreement Addendum and no one has threatened or forced me in any way to enter into this Plea Agreement Addendum.

*/s/ Leland Vijarro*  5-12-25
LELAND JAMES VIJARRO  Date
Defendant

PLEA AGREEMENT ADDENDUM RE FORFEITURE – 3

I have read the Plea Agreement Addendum and have discussed the contents of the agreement with my client. The Plea Agreement Addendum accurately and completely sets forth the entirety of the agreement between the parties.

_____  
Nick Mirr  
Attorney for Defendant

5/12/25  
Date

PLEA AGREEMENT ADDENDUM RE FORFEITURE – 4