2:47



Camella >

Today 2:20 PM

Camella Lee George

Re: Character letter for sentencing Leland James Vijarro (DOC# 124745)

Dear, Judge
My name is Camella Lee George, mother of Leland James Vijarro (DOB: ▇▇▇▇, DOC#124745), who is currently in Yakima County Jail. I am writing this character letter to provide you, Judge, with insight into my son and his importance to me. I will keep this overview brief. Leland is a proud tribal member and embodies the spirit of a country cowboy. Alongside his work as a businessman, he is always willing to lend a hand to those in need. His willingness to help others, whether in the community or within our family, is just one example of his generous character.
Leland is a dedicated and compassionate individual. From an early age, he showed maturity

iMessage

US v. VIJARRO
CR-24-2055-MKD
Exhibit 5





Camella ›



compassionate individual. From an early age, he showed maturity well beyond his years, often assuming responsibilities within our family. His commitment and kindness have always been evident, not just in our home but also in the broader community. Leland works as a commercial fisherman, a profession that demands both physical endurance and a deep respect for tradition. He is proud to keep our family's traditions alive through his work. In addition to fishing, Leland has always been willing to help with tasks like irrigation lines, working in hay fields, riding horses, and caring for cattle. These experiences have taught him the value of hard work, responsibility, and perseverance.
He has held other jobs as well, always bringing the same dedication and integrity to each role. Despite facing obstacles related to substance use, Leland continues to strive toward personal growth and improvement. He is aware of his challenges and is working hard to overcome them for the sake of his

 iMessage

US v. VIJARRO
CR-24-2055-MKD
Exhibit 5

2:47



Camella >

value of hard work, responsibility, and perseverance.
He has held other jobs as well, always bringing the same dedication and integrity to each role. Despite facing obstacles related to substance use, Leland continues to strive toward personal growth and improvement. He is aware of his challenges and is working hard to overcome them for the sake of his future and our family.
As his mother, I can honestly say that Leland is an important part of our lives. He is loved and valued, not just for what he does, but for who he is. I respectfully ask that you consider his genuine character, his efforts to contribute positively to our community, and his desire to improve as you make decisions regarding his sentencing.
Thank you for your time and consideration.
Sincerely,

Here is my letter for my son and thank you

iMessage

US v. VIJARRO
CR-24-2055-MKD
Exhibit 5