**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>-vs-<br>LELAND JAMES VIJARRO,<br><br>  Defendant. | Case No.   1:24-CR-02055-MKD<br>**CRIMINAL MINUTES**<br>DATE:   AUGUST 11, 2025<br>LOCATION:  YAKIMA<br><br>**SENTENCING HEARING** |

| Honorable Mary K. Dimke | | |
|---|---|---|
| Ruby Mendoza / Cora Vargas | 03 | Marilynn McMartin |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Bree Black Horse | | Nick Mirr |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**   Dan Manning via video | | |

[ X ] Open Court       [ ] Chambers       [ ] Video Conference

Defendant present in custody of the US Marshal.

Counsel confirmed they are ready to proceed to sentencing.

Mr. Mirr confirmed he has reviewed and discussed the Presentence Investigation Report and Addendum with the defendant, including the proposed conditions of supervision, and the defendant does not have any pending objections.

The Court provided findings on the sentencing guideline calculations contained in the Presentence Investigation Report; no objection by counsel; Presentence Investigation Report accepted by the Court as filed.

Ms. Black Horse provided sentencing recommendations on behalf of the United States.

Mr. Mirr provided sentencing recommendations and comments on behalf of Defendant.

Defendant addressed the Court on his own behalf.

The Court accepted the Rule 11(c)1(c) Plea Agreement entered into between the parties at the change of plea hearing.

The Court addressed Defendant and imposed sentence:

- **Imprisonment:** 78 months as to Count 2, and 120 months as to Count 5, to be served consecutive to Count 2, for a **total imprisonment term of 198 months**. The Court recommends placement at FCI Sheridan and participation in the Residential Drug Abuse Program (RDAP).

## [X]  ORDER FORTHCOMING

| CONVENED:  2:32 P.M. | ADJOURNED:  3:07 P.M. | TIME:  0:35 HR. | CALENDARED   [ ] |
|---|---|---|---|

*USA -vs- VIJARRO*  August 11, 2025
1:24-CR-02055-MKD  Page 2
Sentencing Hearing

- **Supervised Release:** 3 years as to Count 2, and 5 years as to Count 5, to run concurrent on the mandatory, standard, and special conditions listed in the Presentence Investigation Report. Mr. Mirr waived reading of the conditions on behalf of Defendant.

- **Fine**: waived

- **Special Penalty Assessment**: $200 total ($100 per count)

- **Restitution**: $4,375.00[1] payable to Yakima County Sheriff's Office

Appeal rights waived pursuant to plea agreement.

Ms. Black Horse moved to dismiss all remaining counts.
**Court**: GRANTED

---

[1] The Court transposed the restitution numbers while imposing sentence. Pursuant to the signed Plea Agreement and as indicated by counsel during the hearing, the correct amount of restitution is $4,735.00.
.